**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| THERESE FLAHERTY WIEBEL, | : | |
| | : | Civil Action No. 07-3150 (SRC) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| MORRIS, DOWNING & SHERRED, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**CHESLER, U.S.D.J.**

This matter comes before the Court on the motion to dismiss the Complaint, pursuant to

Federal Rule of Civil Procedure 12(b)(6), by Defendants Morris, Downing & Sherred

(collectively, "Defendants"); and it appearing that this Court reviewed the parties' submissions;

and for the reasons set forth in the accompanying Opinion, and good cause appearing,

**IT IS** on this 9th day of January, 2009,

**ORDERED** that Defendants' motion to dismiss (Docket Entry No. 55) for failure to state

a valid claim for relief, pursuant to FED. R. CIV. P. 12(b)(6), is **GRANTED**, and the Complaint is

hereby **DISMISSED** without prejudice; and it is further

**ORDERED** that Plaintiff is granted leave to amend the Complaint within 45 days of the

filing of this Order.

   /s Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge