*CLOSED*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| THERESE FLAHERTY WIEBEL, | : | |
| | : | Civil Action No. 07-3150 (SRC) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| MORRIS, DOWNING & SHERRED, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**CHESLER, U.S.D.J.**

This matter comes before the Court on the motion to dismiss the Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), by Defendants Morris, Downing & Sherred (collectively, "Defendants"); and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

**IT IS** on this 2nd day of June, 2009,

**ORDERED** that Defendants' motion to dismiss (Docket Entry No. 65) for failure to state a valid claim for relief, pursuant to FED. R. CIV. P. 12(b)(6), is **GRANTED**, and the Amended Complaint is hereby **DISMISSED** with prejudice.

  /s Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge