UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-2856
_____

THERESE FLAHERTY-WIEBEL,

          Appellant
v.

MORRIS, DOWNING & SHERRED;
DAVID L JOHNSON

On Appeal From the United States District Court
for the District of New Jersey
(07-cv-3150)
District Judge:  Honorable Stanley R. Chesler

Submitted Under Third Circuit LAR 34.1(a)
February 25, 2010

Before: CHAGARES, STAPLETON, and LOURIE,[*] Circuit Judges.

_____

JUDGMENT
_____

  This cause came on to be heard on the record from the United States District Court

for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a)

on February 25, 2010.

  On consideration whereof, it is now hereby

---

  [*]The Honorable Alan D. Lourie, Circuit Judge for the United States Court of
Appeals for the Federal Circuit, sitting by designation.

  ADJUDGED and ORDERED by this Court that the judgment of the United States District Court for the District of New Jersey entered June 2, 2009 is hereby AFFIRMED.

 Costs shall be taxed against the appellant.

              Attest:


              /s/ Marcia M. Waldron
              Clerk

DATED: June 10, 2010

**Certified as a true copy and issued in lieu of a formal mandate on** July 2, 2010

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**